UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGE L. GORNEFF,

                              Plaintiff,

        -against-

RUSLAN ILISHAYEV; SAMIRA ASSIL;
DAVID EISENBERGER; JEFFREY CASIO,

                              Defendants.

23cv9141 (LTS)

CIVIL JUDGMENT

For the reasons stated in the Click or tap here to enter text., order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 17, 2024
         New York, New York


                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge